[No. 12593-9-III.  Division Three.  January 11, 1994.]

C. PATRICK SMITH, ET AL, *Respondents*, v. RO-TRA, INC.,
ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Spokane County, No. 92-2-01508-5, Harold D. Clarke, J., entered June 24, 1992. *Affirmed* by unpublished opinion per Sweeney, A.C.J., concurred in by Munson, J., and Small, J. Pro Tem.

[No. 15947-3-II.  Division Two.  January 13, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. DARLENE P.
WARREN, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 91-1-00793-2, William J. Kamps, J., entered April 17, 1992. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Seinfeld, A.C.J., and Houghton, J.

[No. 15699-7-II.  Division Two.  January 13, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. RAY BERNARD
HARRINGTON, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 91-1-00467-6, Thomas L. Lodge, J., entered January 16, 1992. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Seinfeld, A.C.J., and Houghton, J.

[No. 15348-3-II.  Division Two.  January 13, 1994.]

NICHOLAS KOSTELLO, JR., *Appellant*, v. JACK QUIEN,
ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 86-2-00765-9, Joel M. Penoyar, J., entered August 28, 1991. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Seinfeld, A.C.J., and Alexander, J.